**大成 DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D  +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

February 15, 2023

<u>VIA ECF</u>

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The parties' request for a 45-day stay is GRANTED. By April 3, 2023, the parties shall file a joint letter updating the Court on the status of settlement, or, if this case has been settled, a stipulation of discontinuance, voluntary dismissal, or other appropriate proof of termination.
>
> SO ORDERED.
>
> */s/ Jennifer H. Rearden*
> February 21, 2023

Re:   *Loadholt v. Christy Sports, LLC;* Case No. 1:22-cv-08209-JHR

Dear Judge Rearden:

We represent Defendant Christy Sports, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from February 15, 2023 to April 3, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/21/2023
```

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms