USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**CHRISTOPHER LOADHOLT**, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

**CHRISTY SPORTS, LLC,**

    Defendant.

---

Civil Action Number:
1:22-cv-08209-VEC

The above-referenced action is dismissed with prejudice. The Clerk of Court is directed to terminate the case.
SO ORDERED.

*/s/ Jennifer H. Rearden*
April 6, 2023

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: April 3, 2023

| | |
|---|---|
| */s/ Yitzchak Zelman* | */s/ Karla Del Pozo García* |
| Yitzchak Zelman, Esq. | Karla Del Pozo García, Esq. |
| MARCUS & ZELMAN, LLC | DENTONS US LLP |
| 701 Cookman Avenue, Suite 300 | 1221 Avenue of the Americas |
| Asbury Park, NJ 07712 | New York, NY 10020 |
| Tel: (732) 695-3282 | Tel: (212) 768-5328 |
| Email: yzelman@marcuszelman.com | Email: karla.delpozogarcia@dentons.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Christopher Loadholt* | *Christy Sports, LLC* |